UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-3715

Deborah Laufer,
    Plaintiff,
v.
CAMPFIELD PROPERTIES LLC,
    Defendant(s).

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and D.C.COLO.LCivR 7.4 Plaintiff Deborah Laufer, by and through her undersigned attorneys, represents that she is an individual and as such does not have a parent company and is not owned by a publicly held corporation.

Dated: December 21, 2020

    s/Suzette M. Marteny Moore
    **Suzette M. Marteny Moore**
    S. Moore Law, PLLC
    2690 S. Combee Road
    Lakeland, Florida 33803
    Telephone: (863) 229-2140
    E-mail 1: S.Moore@SMooreLaw.com
    E-mail 2: Eservice@SMooreLaw.com
    *Attorney for Plaintiff, Deborah Laufer*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

    s/Suzette M. Marteny Moore
    **Suzette M. Marteny Moore**