UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-3593-WJM-KLM

**SAIM SARWAR,**

Plaintiff,

v.

**HAN CHUN, INC.,**

Defendant(s).

---

### NOTICE OF ATTORNEY APPEARANCE

---

**TO THE CLERK OF THE COURT**:

Kindly note the appearance of the undersigned as counsel for the Plaintiff in this matter.

**I HEREBY CERTIFY** that, on February 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III.*
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com