UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-3715-KLM

**DEBORAH LAUFER,**

Plaintiff,

v.

**CAMPFIELD PROPERTIES, LLC.**,

Defendant(s).

### PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

I HEREBY CERTIFY that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court or administrative agency.

**I HEREBY CERTIFY** that, on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will  automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III*.
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com